STEVEN W. PITE (NV Bar # 8226)
LAUREL I. HANDLEY (NV Bar #009576)
GREGG A. HUBLEY (NV Bar #007386)
PITE DUNCAN, LLP
701 Bridger Avenue, Suite 670
Las Vegas, NV 89101
MAILING ADDRESS
P.O. Box 17935
San Diego, CA 92177-0935
Telephone: (858) 750-7600
Facsimile: (619) 326-2430
E-mail: Lhandley@piteduncan.com

Attorneys for Defendants GMAC MORTGAGE, LLC and EXECUTIVE TRUSTEE SERVICES, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ALTA ROSE GOODWIN, ROBERT PAUL MCARTOR, LISA CHENEY and DARRIN CHENEY, HEATHER GABEL, MICHAEL R. TIERNEY and FREDERICK TULIP, LINDA R. BARBA, JOAQUIN AREVALO, DANIEL F. COSLOW, ROSA M. DIAZ and SERGIO DIAZ, PAMELA HORTON, VICTOR PARECE, CODY PREMO, GEORGE W. PREMO, III, MATTHEW ROBERT ROBINSON and TONYA DAWN ROBINSON, JAMES SANDBORN, CYNTHIA FLAGG and CHARLES FLAGG, JANICE GANNON, WILLIAM DAN KLUTTZ, BRIAN E. JONES, JOAN BLAKE and RONNIE MCKINNEY, JAMES H. MULLENNIX, and JEANNE K. MULLENNIX, HEATHER MONOHAN and GEORGE R. MORENO, TRAVIS RAWLINGS and SYLVIA RAWLINGS, JOHN SULLIVAN and DEBBIE SULLIVAN, SIGNE STEHMAN, JOSEPH E. THURSTON and ARLENE THURSTON, JESUS TOVAR, and JOHN F. WILBURN and ROSALIE L. WILBURN, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE TRUSTEE SERVICES, LLC; COUNTRYWIDE HOME LOANS, INC., a New York corporation; MERSCORP, INC., a | Case No. 3:09-cv-306-ECR-VPC<br><br>ORDER GRANTING |

-1-

1997130.wpd

| | |
|---|---|
| 1 | Virginia corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, |
| 2 | INC., a subsidiary of MERSCORP, INC., a Delaware corporation; RECONTRUST |
| 3 | COMPANY, SAXON MORTGAGE, INC., T.D. SERVICE COMPANY, DEUTSCHE |
| 4 | BANK NATIONAL TRUST COMPANY, OCWEN LOAN SERVICING, LLC, |
| 5 | WESTERN PROGRESSIVE, LLC, AHMSI DEFAULT SERVICING, INC., QUALITY |
| 6 | LOAN SERVICE CORPORATION, NATIONAL DEFAULT SERVICING |
| 7 | CORPORATION, AZTEC FORECLOSURE CORPORATION, BANK OF NEW YORK, as |
| 8 | successor to J.P. Morgan Chase Bank, N.A., as Trustee for BSALTA 2005-1; OLD |
| 9 | REPUBLIC DEFAULT MANAGEMENT SERVICES, a divsiion of Old Republic |
| 10 | National Title Insurance Company, LITTON LOAN SERVICING, L.P.; FEDERAL HOME |
| 11 | LOAN MORTGAGE CORPORATION, a Virginia corporation; FEDERAL NATIONAL |
| 12 | MORTGAGE ASSOCIATION, a District of Columbia corporation; GMAC MORTGAGE, |
| 13 | L.L.C., a Delaware corporation; NATIONAL CITY MORTGAGE, a foreign company and a |
| 14 | division of NATIONAL CITY BANK, a subsidiary of National City Corporation, a |
| 15 | Delaware corporation and a subsidiary of PNC Financial Services, Inc.; NATIONAL CITY |
| 16 | BANK; PNC FINANCIAL SERVICES, INC., a Pennsylvania corporation; J.P. MORGAN |
| 17 | CHASE BANK, N.A., a New York corporation; CITIMORTGAGE, INC., a New |
| 18 | York corporation; HSBC MORTGAGE CORPORATION, U.S.A., a Delaware |
| 19 | corpoartion; AIG UNITED GUARANTY CORPORATION, a foreign corporation; |
| 20 | WELLS FARGO BANK, N.A., a California corporation, dba WELLS FARGO HOME |
| 21 | EQUITY and dba WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO |
| 22 | BANK, N.A. a California corporation; BANK OF AMERICA, N.A. a Delaware corporation, |
| 23 | GE MONEY BANK, an Ohio corporation; WMC MORTGAGE CORP.; TAYLOR |
| 24 | BEAN AND WHITAKER TRUSTEE CORP., and IB PROPERTY HOLDINGS, L.L.C., |
| 25 | Defendants. |
| 26 | /././ |
| 27 | |
| 28 | |

# AMENDED DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

On June 26, 2009, attorney Ira S. Lefton, filed a Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel ("Petition"), which was approved by the Court on June 30, 2009. (Dok. # 65.) In the Petition, attorney Bruce Beesley of Lewis and Roca, LLP was appointed as the Designated Resident Nevada Counsel for Defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC.

Concurrently with this Amended Designation of Resident Attorney, Defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC are filing a Substitution of Attorney to substitute the law firm of Pite Duncan, LLP as attorney of record in place and stead of the law firm of Lewis and Roca, LLP.

Pursuant to the requirements of the Local Rules of Practice for this Court, Ira S. Lefton believes it to be in the best interest of GMAC Mortgage, LLC and Executive Trustee Services, LLC to designate Laurel I. Handley of Pite Duncan, LLP, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is: 701 Bridger Avenue, Suite 670, Las Vegas, NV 89101, Telephone: (858) 750-7600, Facsimile: (619) 326-2430.

By this amended designation Ira S. Lefton and GMAC Mortgage, LLC and Executive Trustee Services, LLC agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## AMENDED APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints Laurel I. Handley of Pite Duncan, LLP as its Designated Resident Nevada Counsel in this case.

DATED: 4/5/10

GMAC Mortgage, LLC

By: _/s/ David Hagens_
Its: Legal Counsel/Litigation
GMAC Legal Staff

| | |
|---|---|
| DATED: 4/5/10 | Executive Trustee Services, LLC |
| | By: _____ |
| | David Hagens |
| | Its: Legal Counsel/Litigation |
| | GMAC Legal Staff |

The undersigned agrees to this designation:

Dated: _____

IRA S. LEFTON
Attorney for Defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Dated: _____

LAUREL I. HANDLEY, ESQ. (NV Bar# 9576)
Designated Resident Nevada Counsel
For Defendant GMAC Mortgage, LLC and Executive Trustee Services, LLC

**APPROVED:**

Dated: this _____

_____
UNITED STATES DISTRICT JUDGE

Dated:_____

EXECUTIVE TRUSTEE SERVICES, LLC
By:_____
Its._____

The undersigned agrees to this designation:

Dated: 3/25/10

IRA S. LEFTON
Attorney for Defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Dated: 3/25/10

LAUREL I. HANDLEY, ESQ. (NV Bar# 9576)
Designated Resident Nevada Counsel
For Defendant GMAC Mortgage, LLC and Executive Trustee Services, LLC

## APPROVED:

Dated: this April 7, 2010

Edward C. Reed.
UNITED STATES DISTRICT JUDGE