```
                   UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA
                         RENO, NEVADA
```

ALETA ROSE GOODWIN, et al.,            )       3:09-CV-00306-ECR-PAL
                                       )
    Plaintiffs,                        )       MINUTES OF THE COURT
                                       )
vs.                                    )       DATE: April 22, 2010
                                       )
EXECUTIVE TRUSTEE SERVICES, LLC,       )
et al.,                                )
                                       )
    Defendants.                        )
                                       )
_____)

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN          Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING


MINUTE ORDER IN CHAMBERS

    **IT IS HEREBY ORDERED** that the Ex Parte Application for Extension of Time (#480) to Respond to Motions to Dismiss, filed April 20, 2010, is **GRANTED** on the following basis.

    Plaintiffs shall have until May 7, 2010, within which time to respond to the subject motions.

                                            LANCE S. WILSON, CLERK

                                            By        /s/
                                                  Deputy Clerk