1  Robert R. Hager, NV State Bar No. 1482
   Treva J. Hearne, NV State Bar No. 4450
2  **HAGER & HEARNE**
   245 E. Liberty - Suite 110
3  Reno, Nevada 89501
   Tel: (775) 329-5811
4  Fax: (775) 329-5819
   Email: rhager@hagerhearnelaw.com
5         thearne@hagerhearnelaw.com

6  *Attorneys for Plaintiffs*

7              **UNITED STATES DISTRICT COURT**

8                  **DISTRICT OF NEVADA**

9  ALETA ROSE GOODWIN, et al.,          )  CASE NO. 3:09-cv-306-ECR-VPC
                                        )
10            Plaintiffs,               )  NOTICE OF INTENT TO RESPOND TO
                                        )  DEFENDANT COUNTRYWIDE HOME
11 v.                                   )  LOANS, INC. AND WELLS FARGO
                                        )  BANK, N.A., MOTIONS TO VACATE
12 EXECUTIVE TRUSTEE SERVICES, LLC,     )  NON-FORECLOSURE STIPULATIONS
   et al.,                              )  (Docket #507 and #508)
13                                      )
              Defendants.               )
14

15     COMES NOW Plaintiffs, by and through their attorneys of record, HAGER &

16 HEARNE, hereby files their Notice of Intent to Respond to Defendant Countrywide

17 Home Loans, Inc. and Wells Fargo Bank, N.A., Motions to Vacate Non-Foreclosure

18 Stipulations (Docket #507 and #508).  Plaintiffs will file their response as in the usual

19 motion cycle.

20 DATED this 30th day of May, 2010.

21                                          HAGER & HEARNE

22                                    By:  /s/ Robert R. Hager
                                          Robert R. Hager, SBN 1482
23                                        Treva J. Hearne, SBN 4450
                                          Attorneys for Debtors and Plaintiff
24                                        Hager & Hearne
                                          245 E. Liberty St., #100
25                                        Reno, NV 89501
                                          (775) 329-5800
26                                        (775) 329-5819 (fax)

27                                        *Attorneys for Plaintiffs*

28

                         1

**HAGER & HEARNE**
245 E. Liberty St., Ste 110
Reno, NV 89501
(775) 329-5800, FAX (775) 329-5819