UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| ALETA ROSE GOODWIN, et al., | 3:09-CV-00306-ECR-PAL |
| Plaintiffs, | MINUTES OF THE COURT |
| vs. | DATE: September 15, 2010 |
| EXECUTIVE TRUSTEE SERVICES, LLC, et al., | |
| Defendants. | |

PRESENT:     EDWARD C. REED, JR.            U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN          Reporter:    NONE APPEARING

Counsel for Plaintiff(s)            NONE APPEARING

Counsel for Defendant(s)            NONE APPEARING


<u>MINUTE ORDER IN CHAMBERS</u>

**IT IS HEREBY ORDERED** that in light of the Stipulation (#533) of the parties, filed on September 14, 2010, the Motion, filed by Defendant Countrywide Home Loans, Inc., to Vacate Non-Foreclosure Stipulations (#508) is **DENIED** as moot.

LANCE S. WILSON, CLERK

By _____/s/_____
    Deputy Clerk