P. Russell Perdew (*pro hac vice*)
J. Matthew Goodin (*pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700

*Attorneys for Defendant Old Republic National Title Insurance Company (sued herein through its unincorporated division Old Republic Default Management Services)*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALETA ROSE GOODWIN, et al.,       ) | CASE NO: 3:09-CV-00306-ECR-PAL |
|                                   ) | |
|              Plaintiffs,          ) | |
|                                   ) | **DEFENDANT OLD REPUBLIC'S** |
|        vs.                        ) | **MOTION TO REFLECT ITS** |
|                                   ) | **TERMINATION FROM THIS CASE** |
| EXECUTIVE TRUSTEE SERVICES, LLC, et al., ) | |
|                                   ) | |
|              Defendants.          ) | |

Defendant Old Republic National Title Insurance Company (sued herein through its unincorporated division Old Republic Default Management Services) respectfully moves this Court to direct the Clerk to update this case's online docket to reflect Old Republic's termination from this case.

Plaintiffs' Second Amended Class Action Complaint asserted three claims against Old Republic: unjust enrichment (Count II), wrongful foreclosure (Count III), and slander of title (Count IV). [Doc. No. 443]. Each of these claims were transferred to the District of Arizona and assigned to Judge James A. Teilborg in case number 09-2119-JAT. [*See* MDL Transfer Order, Doc. No. 412]. Judge Teilborg subsequently remanded some claims back to this Court, but did not remand Counts II, III, or IV asserted against Old Republic. Accordingly, no claims against Old Republic were remanded to this Court.

1  In the MDL, Plaintiffs' Consolidated Amended Master Complaint asserted only two claims against Old Republic: violation of N.R.S. § 107.080 (Third Claim for Relief) and slander of title (Eighth Claim for Relief). [MDL Doc. No. 1424]. Old Republic filed a motion to dismiss these claims [MDL Doc. No. 1483], which was granted on October 3, 2011 [MDL Doc. No. 1602]. Plaintiffs filed a notice of appeal of the order granting the motion to dismiss [MDL Doc. No. 1630]. The Ninth Circuit Court of Appeals affirmed the order as to all counts except for the First Claim for Relief. [MDL Doc. No. 1797]. Because the First Claim for Relief was not asserted against Old Republic [*see* MDL Doc. No. 1424], there are no claims currently pending against Old Republic in the MDL.

Thus, all claims against Old Republic in the *Goodwin* case have been dismissed, and that dismissal was affirmed. But this Court's online docket does not yet reflect Old Republic as a terminated party, so Old Republic respectfully asks this Court to direct the Clerk to update this case's online docket to reflect Old Republic's termination from this case.

DATED this 21st day of October, 2014.

        Respectfully submitted,

        /s/ P. Russell Perdew, Esq.
        P. Russell Perdew (*pro hac vice*)
        J. Matthew Goodin (*pro hac vice*)
        LOCKE LORD LLP
        111 South Wacker Drive
        Chicago, Illinois 60606

*Attorneys for Defendant,*
*Old Republic National Title Insurance Company (sued herein through its unincorporated division Old Republic Default Management Services)*

IT IS SO ORDERED this 5th day of January, 2015.

_____
ROBERT C. JONES