P. Russell Perdew (*pro hac vice*)
J. Matthew Goodin (*pro hac vice*)
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 443-0700

*Attorneys for Defendant
Saxon Mortgage, Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| ALETA ROSE GOODWIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> EXECUTIVE TRUSTEE SERVICES, LLC, et al., <br><br> Defendants. | CASE NO: 3:09-CV-00306-ECR-PAL <br><br> **DEFENDANT SAXON MORTGAGE, INC.'S MOTION TO REFLECT ITS TERMINATION FROM THIS CASE** |

    Defendant Saxon Mortgage, Inc. respectfully moves this Court to direct the Clerk to update this case's online docket to reflect Saxon's termination from this case.

    Plaintiffs' Second Amended Class Action Complaint asserted five claims against Saxon: unjust enrichment (Count II), wrongful foreclosure (Count III), wrongful filing of unlawful detainer (Count V), conspiracy to commit fraud related to the MERS system (Count VI), and conspiracy to commit wrongful foreclosure related to the MERS system (Count VII). [Doc. No. 443]. These claims were transferred to the District of Arizona and assigned to Judge James A. Teilborg in case number 09-2119-JAT. [*See* MDL Transfer Order, Doc. No. 412]. Judge Teilborg subsequently remanded to this Court Count V and retained the remaining claims asserted against Saxon. [Doc. No. 453].

    Saxon filed a motion to dismiss Count V [Doc. No. 464], which this Court granted on December 2, 2010 [Doc. No. 546]. Plaintiffs filed a notice of appeal of the order granting the motion to dismiss [Doc. No. 563], and the Ninth Circuit Court of Appeals affirmed the order on June

12, 2014. [Doc. No. 583].[1] Accordingly, there are no claims currently pending against Saxon in this Court.

In the MDL, Saxon filed a motion to dismiss the claims transferred from this Court [MDL Doc. No. 289], and that motion was granted on September 30, 2010 [MDL Doc. No. 1170]. Plaintiffs' Consolidated Amended Master Complaint—the most recent iteration of the complaint—did not assert any claims against Saxon in the MDL. [*See* MDL Doc. No. 1424]. Moreover, the MDL court entered an order on October 3, 2011 dismissing with prejudice all claims in the *Goodwin* case. [MDL Doc. No. 1602 at p. 20]. The Ninth Circuit Court of Appeals affirmed the order as to all counts except for the First Claim for Relief. [MDL Doc. No. 1797]. But the First Claim for Relief was not asserted against Saxon [*see* MDL Doc. No. 1424 at p. 7], so the only claims still pending in the MDL are not asserted against Saxon.

Thus, all claims against Saxon in the *Goodwin* case have been dismissed, and the dismissal has been affirmed. But this Court's online docket does not yet reflect Saxon as a terminated party, so Saxon respectfully asks this Court to direct the Clerk to update this case's online docket to reflect Saxon's termination from this case.

DATED this 23nd day of October, 2014.

                                                          Respectfully submitted,

                                                          /s/ P. Russell Perdew, Esq.
                                                          P. Russell Perdew (*pro hac vice*)
                                                          J. Matthew Goodin (*pro hac vice*)
                                                          LOCKE LORD LLP
                                                          111 South Wacker Drive
                                                          Chicago, Illinois 60606

                                                          *Attorneys for Defendant,*
                                                          *Saxon Mortgage, Inc.*

IT IS SO ORDERED this 5th day of January, 2015.

_____
ROBERT C. JONES

---

[1] The Ninth Circuit's mandate, and this Court's order on mandate are located at Doc. Nos. 584-585.

2