**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALETA ROSE GOODWIN, *et al.*, | Case No.:  3:09-CV-00306-RCJ-PAL |
| Plaintiffs, | |
| vs. | **MINUTE ORDER** |
| EXECUTIVE TRUSTEE SERVICES, LLC, *et al.*, | |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS**

On June 12, 2014 the Ninth Circuit Court of Appeals affirmed Court Order (ECF #546) granting dismissal of the claims remanded pursuant to the MDL Court Order (ECF #453).  Accordingly,

IT IS HEREBY ORDERED that the Status Conference currently set for 10:00 A.M., Monday, April 27, 2015, RENO COURTROOM 6, before Judge Robert C. Jones is VACATED.

IT IS FURTHER ORDERED that Motions (ECF #593, 594, 597, 599 and 600) are GRANTED and (ECF #601) is DENIED as MOOT.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment accordingly and close this case.

IT IS FURTHER ORDERED that the lis pendens recorded against the various properties at issue in this case are hereby EXPUNGED.

IT IS SO ORDERED this 23rd day of April, 2015.

_____
ROBERT C. JONES
District Judge